## PETRY v. UNITED STATES.

### (Circuit Court, S. D. New York. January 18, 1900.)

#### No. 2,843.

CUSTOMS DUTIES—KILN-DRIED BEETS.
Sliced beets, kiln-dried, are "vegetables prepared," and dutiable under Act 1897, par. 241, rather than vegetables in their natural state, under paragraph 257, or vegetable substances, crude or manufactured, under paragraph 617.

Curie & Smith, for importers.
H. P. Disbecker, Asst. U. S. Atty.

WHEELER, District Judge. These are sliced beets, kiln-dried. They seem to be "vegetables prepared," under paragraph 241 of

the act of 1897, where they have been assessed, rather than "vegetables in their natural state," under paragraph 257, or "vegetable substances, crude or manufactured," under paragraph 617. Decision affirmed.